FILED
CLERK, U.S. DISTRICT COURT

JUL 1 7 2024

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:22-cr-00072-JWH |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) U.S.C. § 3143(a)] |
| EMMANUEL ORTEGA, | ) |
| Defendant. | ) |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including illegal drug use and commission of two new offense; lack of viable sureties*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including illegal drug use and commission of two new offenses; lack of viable sureties*

        IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated:  July 17, 2024

                                        _____
                                        JOHN D. EARLY
                                        United States Magistrate Judge

2